# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-po-00130-SAB |
| Plaintiff, | ORDER RE REFUND OF OVERPAYMENT |
| v. | (ECF No. 4) |
| STEVEN H. DELEON, | |
| Defendant. | |

On August 14, 2024, Defendant Steven H. Deleon received a citation for violation of a federal regulation. On November 21, 2024, the Court granted the Government's motion to dismiss the citation without prejudice in the interest of justice. However, on December 19, 2024, the Central Violations Bureau received payment from Mr. Deleon in the amount of $36.00.

As no payment was due to the Central Violations Bureau, IT IS HEREBY ORDERED that Steven H. Deleon be refunded in the amount of $36.00.

IT IS SO ORDERED.

Dated: **December 19, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1